**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EPHRIAM RODRIQUEZ,** <br><br> Plaintiff, <br><br> **v.** <br><br> **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA),** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-3262** |

## <u>ORDER</u>

    **AND NOW**, this 21ˢᵗ day of February, 2023, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 23) is **DENIED** without prejudice for the reasons stated in the foregoing Memorandum.

                    **BY THE COURT:**

                    **/s/ MICHAEL M. BAYLSON**
                    _____
                    **MICHAEL M. BAYLSON, U.S.D.J.**