IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EPHRIAM RODRIQUEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA)**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-3262** |

## ORDER

**AND NOW**, this 2nd day of November, 2023, upon consideration of Defendant's Rule 50(b) Motion for Judgment as a Matter of Law (ECF 72, 80), and Plaintiff's responses thereto (ECF 76, 81), it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the foregoing Memorandum.  IT IS FURTHER **ORDERED** that the Civil Judgment entered in favor of Plaintiff and against Defendant on June 7, 2023 (ECF 66), is **VACATED**, and that judgment is entered in favor of Defendant and against Plaintiff on all claims and causes of action.  Plaintiff's Motion for Attorney Fees, Costs, and Liquidated Damages (ECF 71) is therefore also necessarily **DENIED**.   The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-3262 Rodriguez v. Septa\Order re Motion for JNOV.docx